1  McGREGOR W. SCOTT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

**FILED**

FEB 14 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING SEARCH WARRANTS AND COMPLAINTS AT 2:17-SW-0600, 2:17-SW-0891, 2:17-SW-0976, 2:18-SW-0068, 2:18-SW-0080, 2:18-SW-0084, 2:18-SW-104; 2:18-MJ-0030 | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon applicaton of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted versions of the affidavits and the complaint in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 2-14-2018

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE