1  MᴄGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-00036-TLN

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL
13              v.                         ACT; FINDINGS AND ORDER

14  STEPHANIE LAVAN,                       DATE: November 15, 2018
                                           TIME: 9:30 a.m.
15                        Defendant.       COURT: Hon. Troy L. Nunley

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for status on November 15, 2018.

21        2.    By this stipulation, the defendant now moves to continue the status

22  conference until January 24, 2019, at 9:30 a.m., and to exclude time between November

23  15, 2018, and January 24, 2019, under Local Code T4.

24        3.    The parties agree and stipulate, and request that the Court find the

25  following:

26              a)    The government has represented that the discovery associated with

27        this case includes over 14,000 pages and several hours of recorded telephone

28        conversations. All of this discovery has been produced directly to counsel.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

b)      On November 9, 2018, the United States and counsel for the defendant discussed the case and the course of the proceedings. Defense counsel desired additional time to review the discovery, conduct research into the case, to discuss the case with his client, and otherwise prepare for trial in this matter.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2018, to January 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  November 13, 2018                          McGREGOR W. SCOTT
                                                  United States Attorney


                                                  /s/ JUSTIN L. LEE
                                                  JUSTIN L. LEE
                                                  Assistant United States Attorney

Dated:  November 13, 2018

/s/ CHRIS COSCA
CHRIS COSCA
(as authorized on November 9, 2018)
Counsel for Defendant
STEPHANIE LAVAN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of November, 2018.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT