1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   STEFANIE LAVAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-0036 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| STEFANIE LAVAN, | |
| Defendant. | |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate that the September 24, 2020 sentencing hearing be vacated and reset to February 25, 2021, at 9:30 a.m. Due to well-publicized COVID-19 pandemic concerns, defense counsel needs additional time to consult with his client and otherwise prepare for the sentencing hearing.

**IT IS SO STIPULATED.**

DATED:   September 21, 2020              /s/ Justin Lee
                                         JUSTIN LEE
                                         Assistant United States Attorney


DATED:   September 21, 2020              /s/ Chris Cosca
                                         CHRIS COSCA
                                         Counsel for Defendant
                                         STEFANIE LAVAN

1
USA v. LAVAN, Stip and Proposed Order to Con't J&S

**O R D E R**

IT IS SO FOUND AND ORDERED this 21st day of September, 2020.

                                          Troy L. Nunley
                                          United States District Judge

2

USA v. LAVAN, Stip and Proposed Order to Con't J&S