```
COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
STEFANIE LAVAN
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0036 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| STEFANIE LAVAN, | |
| Defendant. | |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate that the February 25, 2021 sentencing hearing be vacated and reset to May 27, 2021, at 9:30 a.m. Due to well-publicized COVID-19 pandemic concerns, defense counsel needs additional time to consult with his client and otherwise prepare for the sentencing hearing. The assigned probation officer is available on this date.

**IT IS SO STIPULATED.**

DATED:   February 17, 2021          /s/ Justin Lee
                                    JUSTIN LEE
                                    Assistant United States Attorney


DATED:   February 17, 2021          /s/ Chris Cosca
                                    CHRIS COSCA
                                    Counsel for Defendant
                                    STEFANIE LAVAN

1

USA v. LAVAN, Stip and Order to Con't J&S

**O R D E R**

IT IS SO FOUND AND ORDERED this 17th day of February, 2021.

                                           _____
                                           Troy L. Nunley
                                           United States District Judge

2

USA v. LAVAN, Stip and Order to Con't J&S